1
2
3
4
# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6
7   MICHAEL ANTHONY TODD,                1:12-cv-02083-LJO-MJS (PC)

8                          Plaintiff,    ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS AND DISMISSING
9        v.                              CERTAIN CLAIMS AND DEFENDANTS

10  P. JOHNSON, et al.,                  (ECF No. 15)

11                         Defendants.

12  _____/

13

14          Plaintiff Michael Anthony Todd ("Plaintiff") is a prisoner proceeding pro se in a civil rights

15  action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

16  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

17          On March 29, 2013, the Magistrate Judge filed a Findings and Recommendations,

18  recommending dismissal of certain of Plaintiff's claims and Defendants.  (ECF No. 15.)  Plaintiff

19  has filed objections.  (ECF No. 16.)

20          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this

21  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

22  Court finds the Findings and Recommendations to be supported by the record and by proper

23  analysis.

24  ///

25  ///

26  ///

27  ///

28

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed March 29, 2013, are adopted in full;

2.    This action proceed as one for damages on Plaintiff's Eighth Amendment failure to protect claim against Defendants Norton, Doe, Johnson, Harrington, and Weatherford;

3.    All other Eighth Amendment claims be dismissed, with prejudice, for failure to state a claim;

4.    Plaintiff's Fourteenth Amendment claim be dismissed, with prejudice, for failure to state a claim;

5.    Plaintiff's claim of intentional infliction of emotional distress be dismissed, with prejudice, for failure to state a claim;

6.    Plaintiff's claim for declaratory relief be dismissed, with prejudice, for failure to state a claim; and

7.    Defendants CDCR, Mascarenas, Lambert, Subia, and Gomez be dismissed based on Plaintiff's failure to state any claims against them.

IT IS SO ORDERED.

**Dated:**   **August 1, 2013**          **/s/  Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE