# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-02083-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION<br><br>ECF No. 31 |

　　　　Plaintiff Michael Anthony Todd ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 27, 2012.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 14, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Plaintiff's motions for a preliminary injunction be denied.  (ECF No. 31.) Plaintiff has not filed any objections.

///

///

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this
2 Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the
3 Court finds the Findings and Recommendations to be supported by the record and by proper
4 analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.   The Findings and Recommendations, filed August 14, 2013, are adopted in full;
7         and
8    2.   Plaintiff's motions for a preliminary injunction (ECF Nos. 14, 28) are DENIED.

IT IS SO ORDERED.

Dated:   **September 10, 2013**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2