UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. JOHNSON, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:12-cv-2083-LJO-MJS (PC)**<br><br>**ORDER (1) DENYING UNENUMERATED RULE 12(b) MOTION WITHOUT PREJUDICE, AND (2) REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING OR MOTION WITHIN THIRTY DAYS**<br><br>**(ECF NO. 19)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's Second Amended Complaint (Am. Compl., ECF No. 12) and found that it stated a cognizable claim under the Eighth Amendment of the United States Constitution against Defendants Doe, Norton, Johnson, Harrington, and Weatherford. (ECF Nos. 15, 29.)

Defendant Johnson moved to dismiss Plaintiff's action under the unenumerated provisions of Federal Rule of Civil Procedure 12(b)(6) for failure to exhaust his administrative remedies. (Def.'s Mot., ECF No. 19.) Defendants Harrington, Weatherford, and Norton joined Defendant Johnson's motion. (ECF. No. 54, 56.) On March 17, 2014,

1 the Court granted Defendants' motion to dismiss (ECF Nos. 59, 62) and entered
2 judgment. (ECF No. 63.)

3     Plaintiff appealed (ECF no. 64) and, on June 11, 2014, the United States Court of
4 Appeals for the Ninth Circuit vacated this Court's judgment and remanded for
5 consideration in light of the intervening authority of Albino v. Baca, 747 F.3d 1162 (9th
6 Cir. 2014) (en banc), issued on April 3, 2014.

7     In Albino, the Ninth Circuit overruled Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th
8 Cir. 2003) with respect to the proper procedural device for raising the issue of
9 administrative exhaustion. 747 F.3d at 1166. Following the decision in Albino,
10 Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant
11 to Rule 12(b)(6), in the rare event the failure to exhaust is clear on the face of the
12 complaint, or (2) a motion for summary judgment. Id. An unenumerated Rule 12(b)
13 motion is no longer the proper procedural device for raising the issue of exhaustion. Id.

14     Defendants' unenumerated Rule 12(b) motion is procedurally deficient in light of
15 the decision in Albino.

16     Accordingly, for the reasons stated, it is HEREBY ORDERED that:

17     1. The unenumerated Rule 12(b) motion filed May 24, 2013 (ECF No. 19) is
18 DENIED, without prejudice, on procedural grounds,

19     2. Defendants shall, within **thirty (30) days** from the date of service of this Order
20 file a responsive pleading or motion.

21 IT IS SO ORDERED.

23     Dated:    June 27, 2014       /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE