UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ANTHONY TODD, | Case No. 1:12-cv-02083-LJO-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| P. JOHNSON, et al., | **(ECF No. 88)** |
| Defendants. | **CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On March 17, 2015, the Magistrate Judge issued findings and recommendations to deny Defendants' motion for summary judgment and to require an evidentiary hearing to resolve factual disputes concerning exhaustion. (ECF No. 88.) Defendants filed no objections. Plaintiff objects to the recommendation that an evidentiary hearing be held. (ECF No. 89.) Defendants filed no reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by

proper analysis. Defendants are entitled to have disputed factual questions relating to exhaustion resolved through a preliminary proceeding. Albino v. Baca, 747 F.3d 1162, 1169-71 (9th Cir. 2014). Plaintiff's objections do not raise an issue of fact or law under the findings and recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed on March 17, 2015 (ECF No. 88), in full;
2. Defendants' motion for summary judgment (ECF No. 70), filed July 3, 2014, is DENIED;
3. The Court REFERS the matter back to the Magistrate Judge for further proceedings on the exhaustion issue; and
4. The case shall remain open for resolution of the exhaustion issue and, if necessary, further proceedings on Plaintiff's claims.

IT IS SO ORDERED.

Dated:   **April 13, 2015**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

5.