UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>    Plaintiff,<br><br>    v.<br><br>P. JOHNSON, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv-02083-LJO-MJS (PC)<br><br>**ORDER SETTING EVIDENTIARY HEARING**<br><br>Date:  May 29, 2015<br>Time: 1:00 p.m., Courtroom 6 (MJS) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Doe, Harrington, Johnson, Norton, and Weatherford on Plaintiff's Eighth Amendment failure to protect claim. Defendants Harrington, Johnson, Norton and Weatherford have appeared in the action. Defendant Doe has not been identified.

On July 3, 2014, Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies. (ECF No. 70.) On April 13, 2015, the District Court adopted the Magistrate Judge's Findings and Recommendations to deny the motion. (ECF No. 90.) The matter was referred back to the Magistrate Judge for further proceedings on the exhaustion issue.

In Albino v. Baca, 747 F.3d 1162, 1170 (9th Cir. 2014), the Ninth Circuit held that where a genuine dispute of material fact exists, the issue of exhaustion should be resolved by the judge "at the very beginning of the litigation."

Accordingly, the Court HEREBY SETS an evidentiary hearing before the

Honorable Michael J. Seng, United States Magistrate Judge, to decide disputed issues of fact relating to the exhaustion of Plaintiff's claims. The hearing will be held on May 29, 2015, at 1:00 p.m., in Courtroom 6, Seventh Floor of the United States District Court in Fresno, California. The hearing will commence and be completed that afternoon, and will be limited to the issue of whether Plaintiff is excused from the Prison Litigation Reform Act's exhaustion requirement because administrative remedies were "effectively unavailable." The Court will by separate Order make arrangements for Plaintiffs appearance at said hearing.

IT IS SO ORDERED.

Dated:   April 15, 2015                          /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE