1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY TODD,

         Plaintiff,

    v.

P. JOHNSON, et al.,

         Defendants.

CASE NO. 1:12-cv-02083-LJO-MJS (PC)

**ORDER REGARDING EVIDENTIARY HEARING**

**CLERK TO FAX COPY OF THIS ORDER TO LITIGATION COORDINATOR AT CALIFORNIA STATE PRISON, SACRAMENTO**

      Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Doe, Harrington, Johnson, Norton, and Weatherford on Plaintiff's Eighth Amendment failure to protect claim. Defendants Harrington, Johnson, Norton and Weatherford have appeared in the action. Defendant Doe has not been identified.

      On April 16, 2015, the Court set the matter for an evidentiary hearing on the issue of exhaustion of administrative remedies. (ECF No. 91.) In preparation for the hearing, it is HEREBY ORDERED that, no later than May 22, 2015, the parties shall confer regarding the witnesses to be called and evidence to be presented at the hearing. No later than May 25, 2015, defense counsel shall file a joint statement setting forth the witnesses to be called and documents to be presented at the hearing. Defense counsel

shall provide a courtesy copy of all exhibits to be used at the hearing to Judge Seng's chambers no later than May 27, 2015.

IT IS SO ORDERED.

    Dated:   May 13, 2015                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE