**FILED**

MAY 29 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD, | Case No.: 1:12-cv-02083-LJO-MJS |
| Plaintiff, | **ORDER PLAINTIFF NO LONGER REQUIRED FOR EVIDENTIARY HEARING** |
| v. | |
| P. JOHNSON, et al., | |
| Defendants. | |

The Evidentiary Hearing as to Michael Anthony Todd # K-28000, has concluded and he can be returned to his permanent housing unit. The writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1