1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY TODD,

Plaintiff,

v.

P. JOHNSON, et al.,

Defendants.

CASE NO. 1:12-cv-02083-LJO-MJS (PC)

**ORDER DENYING MOTION FOR TRANSCRIPT OF EVIDENTIARY HEARING**

**(ECF No. 115)**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action, now closed, proceeded against Defendants Doe, Harrington, Johnson, Norton, and Weatherford on Plaintiff's Eighth Amendment failure to protect claim. An evidentiary hearing was held on May 29, 2015 to address Plaintiff's unsuccessful attempts to exhaust his administrative remedies. On August 21, 2015, the action was dismissed based on Plaintiff's failure to exhaust such remedies. (ECF No. 109.) Plaintiff appealed. (ECF No. 111.)

Before the Court is Plaintiff's September 17, 2015 motion for transcript of the evidentiary hearing. (ECF No. 115.) The Court construes the motion as a request for transcripts at government expense.

A litigant who has been granted in forma pauperis status may move to have transcripts produced at government expense in certain specified circumstances. See 28

U.S.C. § 753(f); McKinney v. Anderson, 924 F.2d 1500, 1511-12 (9th Cir. 1991). However, Plaintiff has not been granted in forma pauperis status in this proceeding, and his motion sets forth no other basis for requiring transcripts to be produced at government expense. Accordingly, his motion will be denied. Plaintiff may renew his request with the Court of Appeals by filing a motion there if he wishes.

Based on the foregoing, Plaintiff's motion for transcript of evidentiary hearing (ECF No. 115) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   December 21, 2015        /s/ Michael J. Seng

UNITED STATES MAGISTRATE JUDGE

2