# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>  Plaintiff,<br><br>  v<br><br>P. JOHNSON, et al.,<br><br>  Defendants. | Case No. 1:12-cv-02083-LJO-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>FOURTEEN DAY DEADLINE |

On March 22, 2019, this Court conducted a settlement conference in this civil rights action. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**March 22, 2019**__

UNITED STATES MAGISTRATE JUDGE

1